UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEV OSTREICHER,

Plaintiff,

- against -

EXPERIAN INFORMATION SOLUTIONS, INC.,
CHASE BANK USA, N.A.,

Defendants.

Case No. 7:19-cv-08175-CS

**DECLARATION OF DAVID J. RIVERA**

DAVID J. RIVERA, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am an Operation Analyst of Credit Bureau Operations with JPMorgan Chase Bank, N.A. ("Chase"), formerly known as Chase Bank USA, N.A. My responsibilities include regularly providing research and support assistance for claims and litigation involving Chase. This declaration is based upon my personal knowledge, my review of Chase's business records, and the knowledge I have acquired in the course of my duties with Chase. I am competent to testify on the matters stated herein.

2. Based on my position, I am familiar with the manner in which records are created and maintained by Chase in relation to Chase credit card accounts, including the Chase credit card account ending in 3347, 7060 and 1980 in the name of Zev Ostreicher ("Ostreicher") and Chase credit card account ending in 2043 in the name of Ostreicher/Green Herb Inc. referenced in Ostreicher's complaint (collectively, "the Accounts").

3. In 2012, Plaintiff Zev Ostreicher ("Plaintiff" or "Ostreicher") opened two Chase credit card accounts with account numbers ending in 3347 and 7060, respectively.

4. In December 2015, Ostreicher opened two additional Chase credit card account with account numbers ending in 1980 and 2043, respectively.

5. By 2017, all four accounts were in delinquency status, with the 1980, 2043 and 3347 accounts charging off as bad debt in the fourth quarter of 2017 and the 7060 account charging off in May 2018.

6. On or about March 19, 2019, Chase received from credit bureau Experian Information Solutions, Inc. a single Automated Consumer Dispute Verification (ACDV) form relating only to Plaintiff's 1980 Account. Attached hereto as Exhibit "1" is a true and correct copy of the ACDV transmitted between Experian and Chase on or about March 19, 2019 bearing Bates numbers CHASE-000517 through CHASE-000519, with Plaintiff's account number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding. Chase responded to Experian's March 2019 ACDV in "Response Data" fields contained on the ACDV form.

7. The March 19, 2019 ACDV is the only ACDV received by Chase from Experian in connection with any of the four Accounts prior to the commencement of this action on September 2, 2019.

8. Attached hereto as Exhibit "2" is a true and correct excerpted copy of the 1980 Account's C3 account notes bearing Bates numbers CHASE-000408 through CHASE-000409, with the account number redacted but for the last four digits. The C3 notes are the system of record for the Accounts.

9. The Chase C3 account notes dated March 19, 2019 attached hereto as Exhibit "2" correspond to the ACDV dated March 19, 2019 received from Experian for the 1980 Account.

10. Attached hereto as Exhibit "3" is a true and correct excerpted copy of the 2019 Metro 2 Credit Reporting Resource Guide.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 30 day of July, 2020.

David Rivera

DAVID J. RIVERA