UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEV OSTREICHER,

Plaintiff,

- against -

EXPERIAN INFORMATION SOLUTIONS, INC., CHASE BANK USA, N.A.,

Defendants.

Case No. 7:19-cv-08175-CS

**DECLARATION OF DAVID J. RIVERA**

DAVID J. RIVERA, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am an Account Manager II of Credit Bureau Operations with JPMorgan Chase Bank, N.A. ("Chase"), formerly known as Chase Bank USA, N.A., and I am Chase's Attorney-in-Fact for this Declaration. My responsibilities include regularly providing research and support assistance for claims and litigation involving Chase. This declaration is based upon my personal knowledge, my review of Chase's business records, and the knowledge I have acquired in the course of my duties with Chase. I am competent to testify on the matters stated herein.

2. Based on my position, I am familiar with the manner in which records are created and maintained by Chase in relation to Chase credit card accounts, including the Chase credit card account ending in 3347, 7060 and 1980 in the name of Zev Ostreicher ("Ostreicher") and Chase credit card account ending in 2043 in the name of Ostreicher/Green Herb Inc. referenced in Ostreicher's complaint.

3. Attached hereto as Exhibit "4" are, relative to Ostreicher's 2043 Account, true and correct ACDVs transmitted between Trans Union and Chase on or about March 14, 2019 bearing Bates numbers CHASE-000505 through CHASE-000507, and between Equifax and Chase on or

about March 21, 2019 bearing Bates numbers CHASE-000529 through CHASE-000531 (and credit bureau identification highlighted), with Plaintiff's account number, phone number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding. Chase responded to Trans Union's and Equifax's March 2019 ACDVs in "Response Data" fields contained on the ACDV form.

4. Attached hereto as Exhibit "5" are, relative to Ostreicher's 3347 Account, true and correct ACDVs transmitted between Trans Union and Chase on or about March 18, 2019 bearing Bates numbers CHASE-000508 through CHASE-000510, and between Equifax and Chase on or about March 20, 2019 bearing Bates numbers CHASE-000523 through CHASE-000525 (and credit bureau identification highlighted), with Plaintiff's account number, phone number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding. Chase responded to Trans Union's and Equifax's March 2019 ACDVs in "Response Data" fields contained on the ACDV form.

5. Attached hereto as Exhibit "6" are, relative to Ostreicher's 7060 Account, true and correct ACDVs transmitted between Trans Union and Chase on or about March 18, 2019 bearing Bates numbers CHASE-000511 through CHASE-000513, and between Equifax and Chase on or about March 20, 2019 bearing Bates numbers CHASE-000526 through CHASE-000528 (and credit bureau identification highlighted), with Plaintiff's account number, phone number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding. Chase responded to Trans Union's and Equifax's March 2019 ACDVs in "Response Data" fields contained on the ACDV form.

6. Attached hereto as Exhibit "7" are, relative to Ostreicher's 1980 Account, true and correct ACDVs transmitted between Trans Union and Chase on or about March 18, 2019 bearing

Bates numbers CHASE-000514 through CHASE-000516, and between Equifax and Chase on or about March 20, 2019 bearing Bates numbers CHASE-000520 through CHASE-000522 (and credit bureau identification highlighted), with Plaintiff's account number, phone number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding. Chase responded to Trans Union's and Equifax's March 2019 ACDVs in "Response Data" fields contained on the ACDV form.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 14 day of September, 2020.

David Rivera

DAVID J. RIVERA