**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZEV OSTREICHER,

                Plaintiff,                  19 **CIVIL** 8175 (CS)

       -against-                         **JUDGMENT**

CHASE BANK USA, N.A.,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 19, 2020, Chase's motion for summary judgment is granted; Judgment is entered for Chase Bank USA, N.A., and the case is closed.

**Dated:**  New York, New York
          November 19, 2020

                                              **RUBY J. KRAJICK**
                                             _____
                                              **Clerk of Court**
                              **BY:**
                                              **Deputy Clerk**